No. 474. BURLEW v. FIDELITY & CASUALTY Co. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John C. Doolan* for petitioner. *Mr. H. W. Batson* for respondent.

No. 475. SECURITY TRUST Co. ET AL. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Archibald Broomfield* and *Hal H. Smith* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Andrew D. Sharpe* for respondent.

No. 476. ATCHISON, T. & S. F. RY. Co. v. UNION WIRE ROPE CORP. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Cyrus Crane, Charles H. Woods,* and *R. S. Outlaw* for petitioner. *Mr. Phil D. Morelock* for respondent.

No. 478. DETROIT TRUST Co. ET AL., TRUSTEES, v. COMMISSIONER OF INTERNAL REVENUE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Hal H. Smith* and *Archibald Broomfield* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Andrew D. Sharpe* for respondent.

No. 480. NEW YORK, ONTARIO & WESTERN RY. Co. v. McHALE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Cir-